B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Eastern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Recine Materials Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**11-2680319** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**147 East 2nd Street**<br>**Suite 101**<br>**Mineola, NY**                         ZIP Code **11501** | Street Address of Joint Debtor (No. and Street, City, and State):                              ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Nassau** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                    ZIP Code | Mailing Address of Joint Debtor (if different from street address):                    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)  (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                          **Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Recine Materials Corp.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)       (Date)</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>   ☐  Yes, and Exhibit C is attached and made a part of this petition.<br>   ■  No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>   ☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>   ☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br><br>     _____<br>     (Name of landlord that obtained judgment)<br><br><br><br>     _____<br>     (Address of landlord)<br><br>☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐     Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)                                                                                                                     **Page 3**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Recine Materials Corp.** |

Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Jonathan S. Pasternak** _____
Signature of Attorney for Debtor(s)

**Jonathan S. Pasternak**
Printed Name of Attorney for Debtor(s)

**DelBello Donnellan Weingarten Wise & Wiederkehr, LLP**
Firm Name

**One North Lexington Avenue**
**White Plains, NY 10601**

_____
Address

**(914) 681-0200  Fax: (914) 684-0288**
Telephone Number

**September  5, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Luciano Recine** _____
Signature of Authorized Individual

**Luciano Recine**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**September  5, 2013**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**United States Bankruptcy Court**
**Eastern District of New York**

In re   Recine Materials Corp.                Case No.
                    Debtor(s)     Chapter    11

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    September 5, 2013       /s/ Luciano Recine
                               Luciano Recine/President
                               Signer/Title

Date:    September 5, 2013       /s/ Jonathan S. Pasternak
                               Signature of Attorney
                               Jonathan S. Pasternak
                               DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
                               One North Lexington Avenue
                               White Plains, NY 10601
                               (914) 681-0200  Fax: (914) 684-0288

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

110 Sand Company
170 Cabot Street
West Babylon, NY 11704


A+ Graphic & Signs
4 Railroad Avenue
Glen Head, NY 11545


A-One Server & Water
758 East 98th Street
Brooklyn, NY 11236


Able Safety Consulting
124 Front Street
Suite 207
Massapequa Park, NY 11762


Accredited Analytical Res
Resourses, LLC
20 Pershing Avenue
Carteret, NJ 07008


Advanced Soil Tech
990 Cedar Bridge Avenue
Suite B7 Unit 175
Brick, NJ 08723


AHH Harris & Sons
P.O. Box 418827
Boston, MA 02241


Albert Bros.Tool Rental
2028 New Bridge Road
Amityville, NY 11701


Alessi Equipment
28 Roslyn Place
Mount Vernon, NY 10550


Aleza Ross
31 Oak Street
Suite 26
Patchogue, NY 11772

Almeida Concrete Pumping
97-25 72nd Drive
Forest Hills, NY 11375


Ameri-Core Drilling
12-11 38th Avenue
Long Island City, NY 11101


American Railing Design
191 Vineyard Road
Edison, NJ 08818


Analytical Chemists Labs
59 Central Avenue
Farmingdale, NY 11735


Arrochar Fuel Corp.
61-04 Third Avenue
Brooklyn, NY 11220


AS Traffic Control, Inc.
214-41 42nd Avenue
Suite 2A
Bayside, NY 11361


ASC Contracting Corp.
12-19 31st Drive
Astoria, NY 11106


Avram H. Schreiber
P.O. Box 287205
New York, NY 10128


Awisco New York Corp.
55-16 43rd Street
Maspeth, NY 11378


B&R Cast Iron Products
2785 Noyak Road
Sag Harbor, NY 11963


Best Concrete Mix Corp.
35-10 College Point Blvd
P.O. Box 541181
Flushing, NY 11354

Black Bear Company, Inc.
27-10 Hunters Point Ave
Long Island City, NY 11101


Blue Prints Engineering
51-24 35th Avenue
Long Island City, NY 11101


Brooklyn Rebar
367 Vandervoort Avenue
Brooklyn, NY 11211


Cap Equipment Leasing
18-25 43rd Street
Astoria, NY 11105


Carlo Lizza & Sons Paving
200 Winding Raod
Hicksville, NY 11801


Champion Construction
941 Forest Avenue
Staten Island, NY 10310


City Ready Mix Inc.
104-17 148th Street
Jamaica, NY 11435


Clean Earth of Carteret
P.O. Box 95000-3755
Philadelphia, PA 19195-0001


Coastal Pipe Products
55 Twomey Avenue
P.O. 575
Calverton, NY 11933


Coldgate Fuel Oil Corp.
P.O. Box 203
Elmont, NY 11003


Compupay
P.O. Box 842703
Boston, MA 02284-2703

Construction Design Cons.
7208 Woodville Crescent
Orlando, FL 32819


Cova Concrete Pumping
146-62 106th Avenue
Jamaica, NY 11435


Decorama Building & Suppy
1233 Metropolitan Avenue
Brooklyn, NY 11230


Dell Financial Services
P.O. Box 6403
Carol Stream, IL 60197-6403


Design 2147 Ltd.
52 Diamond Street
Brooklyn, NY 11222


Eagle One Mechanical Inc.
62-43 30th Avenue
Woodside, NY 11377


East Coast Diesel
22 N. Prospect Street
Lynbrook, NY 11563


Eastern Concrete Material
475 Market Street
Elmwood Park, NJ 07407


Eastern Supply Inc.
P.O. Box 1445
Winchester, VA 22608


Elmcol Exterminating
P.O. Box 120081
Saint Albans, NY 11412-0081


Empire Transit Mix Inc.
430 Maspseth Avenue
Brooklyn, NY 11211

Extech
43-87 Vernon Blvd
Long Island City, NY 11101


Feinstein Iron Works
126-85 Willets Point Blvd
Flushing, NY 11368


Feldman Lumber
1281 Metropolitan Avenue
Brooklyn, NY 11237


First Insurance Funding
450 Skokie Blvd
Suite 1000
Northbrook, IL 60062


First Med Urgent Care
292 Herricks Road
Mineola, NY 11501


Forsythe Plumbing Heating
P.O. Box 560244
14-24 118th Street
College Point, NY 11356


Fusion Wireless
65 Main Street
Port Washington, NY 11050


Future Tech Consultants
52 East 2nd Street
Mineola, NY 11501


Gabrielli Truck Sales
P.O. Box 512569
Philadelphia, PA 19175-2569


Gent Uniform
5680 Merrick Road
Massapequa, NY 11758


GMS Batching
149-01 95th Avenue
Jamaica, NY 11435

Grassi & Co.
50 Jericho Quadrangle
Suite 200
Jericho, NY 11753


Graystone B&D Corp.
116 Windsor Avenue
Mineola, NY 11501


Greco Bros Ready Mix
87-13 Rockaway Blvd
Ozone Park, NY 11416


Haulers Inc.
127 Willow Avenue
Staten Island, NY 10305


Henry Quentzel
379 Throop Avenue
Brooklyn, NY 11221


Hilti
P.O. Box 21148
Tulsa, OK 74121-1148


HO Penn
122 Noxon Road
Poughkeepise, NY 12306-2940


HO Penn-Metro
122 Noxon Road
Poughkeepsie, NY 12306-2940


Holbrook Plastic Pipe
790 Grundy Avenue
Holbrook, NY 11741


Home Depot
P.O. Box 4534
Dept. 24
Carol Stream, IL 60197-4534

Impact Concrete & Control
Inspections
15-46 129th Street
College Point, NY 11356


Industrial Bearing&Suppy
91-12 143rd Street
Jamaica, NY 11435


Industrial Permit Service
43-20 54th Road
Maspeth, NY 11378


Industrial Tractor Parts
28-15 14th Street
Call Box 2506
Long Island City, NY 11101


ING Life Ins.&Annuity
P.O. Box 990065
Hartford, CT 06199-0065


Inter City Tire
777 Dowd Avenue
Elizabeth, NJ 07201


Interclean Equipment
3939 Bestech Drive
Ypsilanti, MI 48197


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
M. Scotto, 3rd Fl.
625 Fulton St.
10 Metro Tech Center
Brooklyn, NY 11201


Island Increte System
496 Grand Blvd
Westbury, NY 11590

J&K Tool Air Repair
268 Black Meadow Road
Chester, NY 10918


J. Scaramella Ltd.
P.O. Box 476
Staten Island, NY 10302


Janus Industries
875 Cedar Swamp Road
Glen Head, NY 11545


Jenna Concrete Corp.
P.O. Box 0558
1465 Bronx River Avenue
Bronx, NY 10472


John Bermingham Esq.
16 Court Street
Suite 2201
Brooklyn, NY 11241


Johnny on the Spot Inc.
3168 Bordentown Avenue
Old Bridge, NJ 08857


Kenseal Construction Prod
21-32 Bordon Avenue
Long Island City, NY 11101


Kings Building Material
610 Burnside Avenue
Inwood, NY 11096


Kings Ready Mix, Inc.
703 3rd Avenue
Brooklyn, NY 11231


Labella Vista Industries
922 East 59th Street
Brooklyn, NY 11234


Law Construction Corp.
34 Irvington Street
Pleasantville, NY 10570

Layout Inc.
1 Entin Road
Unit 8
Clifton, NJ 07014


LI Analytical Labs
110 Collin Drive
Holbrook, NY 11741


LI Power Autority
P.O. Box 9083
Melville, NY 11747


LIUNA Local 731
34-11 35th Avenue
Astoria, NY 11061


Local 282 IBT
2500 Marcus avenue
Lake Success, NY 11042


Majesty Re-Bar Co., Inc.
2152 Ralph Avenue
Suite 529
Brooklyn, NY 11234


Maspath Recycling
58-08 48th Street
Jamaica, NY 11435


Mastro Concrete Inc.
154-33 Brookville Blvd
Rosedale, NY 11422


Maximum Env. Mgmt.
1170 Lincoln Avenue
Suite 4
Holbrook, NY 11741


Melrose Concrete
411 East 163rd Street
Bronx, NY 10451

Metro Heavy Equip Leasing
67 Osborne Road
West Hempstead, NY 11552


Mondial Automotive
P.O. Box 560248
114-14 14th Road
College Point, NY 11356


Montuoro Equipment Rental
2411 Watson Avenue
Bronx, NY 10462


Mr. John Company
200 Smith Street
P.O. Box 130
Keasbey, NJ 08832-0130


MRA Engineering, P.C.
600 Hempstead Tpke
Lower Level
West Hempstead, NY 11552-1036


MT Group Corporate
145 Sherwood Avenue
Farmingdale, NY 11735


National Grid
One Metrotech Center
Brooklyn, NY 11201-3850


New York Breaking Co.
30 Evans Street
New Rochelle, NY 10801


New York Sand & Stone
Brooklyn Navy Yard
Building 58 Suite 2A
Brooklyn, NY 11205


North Carolina Granite&Co
P.O. Box 151
151 Granite Quarry Trail
Mount Airy, NC 27030

NY Metro Peterbilt Inc.
31-55 College Point Blvd
Flushing, NY 11354


NYC Dept. of Finance
Attn: Legal Affairs Divs.
345 Adams Street, 3rd Fl.
Brooklyn, NY 11201


NYC District Council
of Carpenters
395 Hudson Street
New York, NY 10014


NYC Water Board
Church Street Station
P.O. Box 410
New York, NY 10008


Nycon Supply Corp.
47-17 27th Street
Long Island City, NY 11101


NYS Department of Labor
Unemployment Insurance Di
State Campus Bldg 12 Rm 2
Albany, NY 12240


NYS Department of Tax &Fi
Bankruptcy/Special Proced
15 MetroTech Center 5th F
Brooklyn, NY 11201


NYS Dept of Taxation &
Finance - Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205


Office of the US Trustee
Eastern District of NY
L.I. Federal Courthouse
560 Federal Plaza
Central Islip, NY 11722

Office Solutions Inc.
131 Eileen Way
Syosset, NY 11791


Optimum
P.O. Box 9202
Uniondale, NY 11555-9202


Oxford Health Plans
P.O. Box 167
Newark, NJ 07101


Oxford Health, Inc.
P.O. Box 1697
Newark, NJ 07101


Oyster Bay Sand & Gravel
P.O. Box 421
Oyster Bay, NY 11771


Pebble Lane Associates
57-05 47th Street
Maspeth, NY 11378


Penson&Wealth Consultants


Petro Fuel Inc.
P.O. 140246
Brooklyn, NY 11214-0246


Power Crush Recycling
140 Old Northport Road
Kings Park, NY 11754


Precision Concrete Pumpin
1 Prospect Avenue
Albany, NY 12206


Pro1 Tire Service, Inc.
781 4th Avenue
Brooklyn, NY 11232

R&J Graphics, Inc.
45 Central Avenue
Farmingdale, NY 11735


Raw Equipment
2800 College Point
Flushing, NY 11354


Restani Construction Corp
4204 Berrian Blvd
Astoria, NY 11105


Ryan Herco Flow Solutions
3010 N. San Fernando Blvd
Burbank, CA 91503


SAS Stressteel
100 New Dutch Lane
Fairfield, NJ 07004


Security Exchange Comm
The Woolworth Building
233 Broadway- John Murray
New York, NY 10279


Shamrock Materials Corp.
100 St. Mary's Avenue
Staten Island, NY 10305


Siegal Bros Cupply Co.
880 Meeker Avenue
Brooklyn, NY 11222


Sims Steel Corp.
650 Muncy Avenue
Lindenhurst, NY 11757


Sive Paget Riesel PC
460 Park Avenue
New York, NY 10022-1906


Soil Safe Inc.
6700 Alexander Bell Drive
Suite 300
Columbia, MD 21046

Solco Plumbing Supply Inc
413 Liberty Avenue
Brooklyn, NY 11207


Staten Island Materials
451 Spencer Road
Staten Island, NY 10314


Staten Island Recycling
451 Spencer Street
Staten Island, NY 10314


Stillwell Supply Corp.
44-68 Vernon Blvd
Long Island City, NY 11101


Structural Consulting Svc
67 Federal Road
Brookfield, CT 06804


T&J Hardware, Inc.
3120 Arthur Kill Road
Staten Island, NY 10309


T. Mina Supply, Inc.
126-53 36th Avenue
Corona, NY 11368


The Treiber Group, LLC
377 Oak Street
Garden City, NY 11530


The Ziskin Law Firm
6268 Jericho Tpke
Suite 12A
Commack, NY 11725


Tilcon New York, Inc.
P.O. Box 366
West Nyack, NY 10994-0366


Tina Recine

Travelers Insurance
1 Tower Square
Hartford, CT 06183


Tri-Weld Gases, Inc.
173-08 Liberty Avenue
Jamaica, NY 11433


Triboro Construction Corp
Supply Corp.
120 Edward Hart Drive
Jersey City, NJ 07305


U.S. Attorney's Office
Civil Divsion Bankruptcy
271 Cadman Plaza East
Brooklyn, NY 11201-1820


United Parcel Service
P.O. Box 7247-0244
Philadelphia, PA 19170


United Pavements Marking
18-16 127th Street
College Point, NY 11356


United Rentals
28-44 College Point Blvd
Flushing, NY 11354


United Transit Mix, Inc.
318 Boerum Street
Brooklyn, NY 11206


Vachris Engineering
370 Old Country Road
Garden City, NY 11530


Verizon
P.O. Box 15124
Brooklyn, NY 11212-5124


Vibra-Tech
P.O. Box 337
Glasgow, KY 42142

W.Andela & Sons
473 City Highway 23
West Winfield, NY 13491


Walter Pratt & Sons, Inc.
P.O. Box 170
317 Columbia Street
Rensselaer, NY 12144


Willets Point Asphalt
127-50 Northern Blvd
Flushing, NY 11354

# United States Bankruptcy Court

### Eastern District of New York

In re   Recine Materials Corp. _____

                                            Debtor(s)

Case No. _____

Chapter     11 _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Recine Materials Corp.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

September  5, 2013 _____

Date

/s/ Jonathan S. Pasternak _____

Jonathan S. Pasternak

Signature of Attorney or Litigant

Counsel for   Recine Materials Corp.

DelBello Donnellan Weingarten Wise & Wiederkehr, LLP

One North Lexington Avenue
White Plains, NY 10601
(914) 681-0200 Fax:(914) 684-0288

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** Recine Materials Corp.　　　　　　　　　　**CASE NO.:** _____

      Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____　　　　*[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
　　　　　　　　　　　　　　　　　(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____　　　　*[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
　　　　　　　　　　　　　　　　　(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____　　　　*[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
　　　　　　　　　　　　　　　　　(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): ___Y___

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

/s/ Jonathan S. Pasternak
Jonathan S. Pasternak
Signature of Debtor's Attorney                                                   Signature of Pro Se Debtor/Petitioner
DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
One North Lexington Avenue
White Plains, NY 10601
(914) 681-0200 Fax:(914) 684-0288
                                                                                 Signature of Pro Se Joint Debtor/Petitioner

                                                                                 Mailing Address of Debtor/Petitioner

                                                                                 City, State, Zip Code

                                                                                 Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise result.

**United States Bankruptcy Court**
**Eastern District of New York**

In re    Recine Materials Corp.
_____

                                  Debtor(s)

Case No. _____

Chapter   11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

      I, Luciano Recine, declare under penalty of perjury that I am the President of  Recine Materials Corp., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 28th day of August, 2013.

      "Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

      Be It Therefore Resolved, that Luciano Recine, President and Tina Recine, CFO of this Corporation, are authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

      Be It Further Resolved, that Luciano Recine, President and Tina Recine, CFO, of this Corporation are authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

      Be It Further Resolved, that Luciano Recine, President and Tina Recine, CFO of this Corporation are authorized and directed to employ Jonathan S. Pasternak, attorney and the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP to represent the corporation in such bankruptcy case."

Date   August 28, 2013
_____

Signed   */s/ Luciano Recine*
_____
                Luciano Recine, President

Resolution of Board of Directors
of
Recine Materials Corp.


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Luciano Recine, President and Tina Recine, CFO of this Corporation, are authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Luciano Recine, President and Tina Recine, CFO of this Corporation are authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Luciano Recine, President of this Corporation is authorized and directed to employ Jonathan S. Pasternak, attorney and the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP to represent the corporation in such bankruptcy case.

Date  August 28, 2013                          Signed   */s/ Luciano Recine*
                                                        Luciano Recine, President