UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
In re:

                                      Case No.: 13-74630-ast

RECINE MATERIALS CORP.,                Chapter 11

                              Debtor.
--------------------------------------------------------------------X

## ORDER AUTHORIZING CONTINUED USE OF BANK
## ACCOUNTS AND EXISTING BUSINESS FORMS

UPON the Motion ("Motion") of the above-captioned Debtor and Debtor-in-Possession ("Debtor"), seeking an order authorizing the continued use of bank accounts and existing business forms, and due and adequate notice having been given, and good and sufficient cause appearing therefor, it is hereby

**ORDERED**, that the relief requested in the Motion is granted as set forth herin; and it is further

**ORDERED**, that the requirement that the Debtor close existing bank accounts and open new bank accounts is hereby waived and dispensed with; and it is further

**ORDERED**, that the Debtor is authorized and empowered to (a) designate, maintain, and continue to use any or all of its bank accounts (the "Bank Accounts") in existence as of the Filing Date, with the same names and accounts numbers, provided, however, that the Debtor stamp each check with the designation of "DIP and Case No. 13-74630(AST)"; and it is further

**ORDERED**, that all banks at which the Bank Accounts are maintained are authorized and directed to continue to service and administer the Bank Accounts as accounts of the Debtor-in-Possession, without interruption and in the usual and ordinary course of business, and in accordance with their respective contractual arrangements with the Debtor; and it is further

**ORDERED**, that all banks at which the Bank Accounts are maintained are authorized and

directed to receive, process, honor and pay any checks, drafts, or electronic fund transfer requests and the like, to the extent the Debtor has available funds on hand to pay such claims; and it is further

**ORDERED**, that the Debtor shall immediately notify its banking institution that the Bank Accounts shall be converted to "Debtor-in-Possession" bank accounts, and the account name shall be changed to "Recine Materials Corp., D-I-P, Case No. 13-74630"; and it is further

**ORDERED**, that the Debtor shall serve a copy of this Order on the banks at which the Debtors maintain the Bank Accounts, which service shall constitute notice of the authorizations granted herein; and it is further

**ORDERED**, that the Debtor is authorized and empowered to continue to use its ordinary business forms, including, but not limited to, invoices, billing statements, correspondence forms, and checks as were used prior to the Filing Date, provided, however, that the Debtor stamp each business form with the designation of "DIP and Case No. 13-74630(AST)"; and it is further

**ORDERED**, that the Debtor is hereby authorized and empowered to take such action as is required to carry out the terms of this Order; and it is further

**ORDERED**, that the Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of this Order.

NO OBJECTION:

*/S/  Stan Y. Yang*
UNITED STATES TRUSTEE
By: Stan Yang, Esq., Trial Attorney
Dated: September 12, 2013

**Dated: September 12, 2013**
**Central Islip, New York**

**Alan S. Trust**
**United States Bankruptcy Judge**